IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN HEIMBACH,<br><br>    Plaintiff,<br><br>v.<br><br>LEHIGH COUNTY DEPARTMENT OF CORRECTIONS, et. al.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 13-0895 |

## ORDER

**AND NOW**, this 3rd day of April 2014, upon consideration of Plaintiff Justin Heimbach's Complaint (Doc. No. 5), Plaintiff's Amended Complaint (Doc. No. 6), Plaintiff's Letter to Clerk of Court (Doc. No. 10), Defendants Rehrig and Heffner's Motion to Dismiss (Doc. No. 12) and Brief in Support of Motion to Dismiss (Doc. No. 13), the Court's Order that Plaintiff Shall Respond to Motion to Dismiss (Doc. No. 16), Defendants' Answer to Amended Complaint (Doc. No. 17), the Court's Order granting Defendants Rehrig and Heffner's Motion to Dismiss (Doc. No. 19), the Court's Order directing the Clerk to change Plaintiff's address and send him copies of prior Orders (Doc. No. 20), Defendants' Motion for Involuntary Dismissal (Doc. No. 22), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendants' Motion for Involuntary Dismissal (Doc. No. 22) is **GRANTED**.  The Clerk of Court is **ORDERED** to close this case for statistical purposes.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.